Tera Hodge, Esq.
Nevada Bar #11600
David Olshan, Esq.
Nevada Bar # 4126
Nevada Legal Services, Inc.
530 S. 6th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
(702) 386-0404/Fax (702) 388-1641
thodge@nlslaw.net

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CARLOS MUÑOZ,

    Plaintiff,

vs.

EMPLOYMENT SECURITY DIVISION,
STATE OF NEVADA and
CYNTHIA JONES,
in her capacity as Administrator of the
EMPLOYMENT SECURITY DIVISION,

    Defendants.

CV-2:10-CV-00919-RLH-PAL

<u>Stipulation for Dismissal With Prejudice</u>

  Plaintiff, CARLOS MUÑOZ, and Defendants, STATE OF NEVADA EMPLOYMENT SECURITY DIVISION and CYNTHIA JONES, through the

////
////
////

undersigned counsel, hereby stipulate to dismiss the above-referenced complaint with prejudice.

DATED this 13th day of August, 2010.

NEVADA LEGAL SERVICES, INC.

*/s/ David Ol*

TERA HODGE, ESQ.
Nevada Bar No. 11600
DAVID OLSHAN, ESQ.
Nevada Bar No. 4126
530 S. 6th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
(702) 386-040
thodge@nlslaw.net

CATHERINE CORTEZ MASTO.
ATTORNEY GENERAL

By: */s/ Robert G. Whitney*

ROBERT WHITNEY, ESQ.
Nevada Bar. No. 8726
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Attorneys for Defendants
(702) 486-3104

**IT IS SO ORDERED.**

*/s/ Roger L. Hunt*

**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 13, 2010**